ACCEPTED
03-16-00540-cv
13848084
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 11:36:42 AM
JEFFREY D. KYLE
CLERK

## No. 03-16-00540-CV

IN THE COURT OF APPEALS FOR THE
THIRD JUDICIAL DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 11:36:42 AM
JEFFREY D. KYLE
Clerk

THE HONORABLE JOHN FISHER, JEFF DANIELL, SHEILA CUNNINGHAM, AND
THE C. L. DOCKREY TRUST,
APPELLANTS,
V.

THE PUBLIC UTILITY COMMISSION OF TEXAS; THE CHISHOLM TRAIL SPECIAL
UTILITY DISTRICT; AND THE CITY OF GEORGETOWN, TEXAS,
APPELLEES.

On Appeal from the 201st Judicial District Court of
Travis County, Texas

### UNOPPOSED MOTION TO EXTEND TIME FOR
### FILING BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS FOR THE
THIRD DISTRICT OF TEXAS:

Appellee the Public Utility Commission of Texas (PUC) in the above-styled
and numbered cause, and pursuant to Tex. R. App. P. 10.5(b), moves that the Court
extend the time for the PUC to file its Appellee's Brief and respectfully shows as
follows:

I.

The PUC's Appellee's Brief is currently due on November 21, 2016. The

PUC seeks a 23-day extension, which would make the brief due on December 14, 2016.

## II.

Counsel for the PUC seeks this extension because of heavy workload and other deadlines in their cases, including a hearing on the merits held in district court on November 8, response briefs due in the Texas Supreme Court on November 14 and 22, and a hearing on pleas to the jurisdiction and discovery in district court on November 29. This extension is not sought for delay but so that justice may be done. This is the PUC's first request for extension of time to file its Appellee's Brief.

## Prayer

For the foregoing reasons, the PUC asks the Court to grant this Unopposed Motion to Extend Time for Filing Brief and extend the deadline for the PUC to file its Appellee's Brief to December 14, 2016.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

2

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Division Chief
Environmental Protection Division

/s/ Daniel C. Wiseman
Daniel C. Wiseman
Assistant Attorney General
Texas State Bar No. 24042178
daniel.wiseman@oag.texas.gov

Anthony Grigsby
Assistant Attorney General
Texas State Bar No. 08491500
anthony.grigsby@oag.texas.gov

Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012
(512) 320-0911 (fax)

**COUNSEL FOR PUBLIC UTILITY
COMMISSION OF TEXAS**

## Certificate of Conference

I hereby certify that I conferred with counsel for Appellants the Honorable Jeff Fisher, Jeff Daniell, Sheila Cunningham, and the C.L. Dockrey Trust, and counsel for Appellees Chisholm Trail Special Utility District and the City of Georgetown, Texas via e-mail, and they do not oppose this motion.

/s/ Daniel C. Wiseman
Daniel C. Wiseman

## Certificate of Service

I hereby certify that on November 17, 2016, a true and correct copy of the foregoing document was served on the following counsel electronically, through an electronic filing service and by email:

Phillip Ledbetter
James P. Allison
J. Eric Magee
ALLISON, BASS & MAGEE, LLP
A.O. Watson House
402 W. 12th Street
Austin, Texas 78701
(512) 482-0701
(512) 480-0902 (fax)
p.ledbetter@allison-bass.com
j.allison@allison-bass.com
e.magee@allison-bass.com
***Attorneys for Appellants the Honorable Jeff Fisher, Jeff Daniell, Sheila Cunningham, and the C.L. Dockrey Trust***

Jose E. De La Fuente
LLOYD, GOSSELINK, ROCHELLE & TOWNSEND, P.C.
816 Congress Avenue, Suite 1900
Austin, Texas 78701
(512) 322-5800
(512) 472-0532 (fax)
jdelafuente@lglawfirm.com
***Attorney for Appellees the City of Georgetown and the Chisholm Trail Special Utility District***

Arturo D. Rodriguez
RUSSELL & RODRIGUEZ, LLP
1633 Williams Drive, Bldg. 2, Ste. 200
Georgetown, Texas 78628-3659
(512) 930-1317
(866) 929-1641 (fax)
arodriguez@txadminlaw.com
***Attorney for Appellee the City of Georgetown***

Leonard H. Dougal
JACKSON WALKER, LLP
100 Congress Avenue, Ste. 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (fax)
ldougal@jw.com
***Attorney for Appellees the Chisholm Trail Special Utility District***

/s/ Daniel C. Wiseman
Daniel C. Wiseman

5